# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **CHADRICK WRIGHT** | **CIVIL ACTION NO. 13-1631** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF TALLULAH, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the Motion to Dismiss for failure to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6),  [Doc. No. 22], filed by Third-Party Defendant Madison Parish Sheriff Larry Cox, is hereby **GRANTED** and that Defendants' Third-Party Complaint is **DISMISSED with prejudice**.

THUS DONE AND SIGNED in Chambers, Monroe, Louisiana, this 5th day of May 2014.


**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**