UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHADRICK WRIGHT | CIVIL ACTION NO. 3:13-CV-01631 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF TALLULAH, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For those reasons set forth in this Court's Ruling and for those additional reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 57], to the extent adopted, and after a *de novo* review of the record, including the objections and responses,

IT IS ORDERED, ADJUDGED, and DECREED that, after consideration of Plaintiff's First Amended Complaint, the Motion to Dismiss [Doc. No. 27] filed by Defendants City of Tallulah, James Vaughn ("Vaughn"), and Larry Guy ("Guy") is **GRANTED IN PART AND DENIED IN PART**.

To the extent Defendants move to dismiss the claims against Vaughn and Guy in their **official** capacities, the motion is **GRANTED,** and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE.** To the extent Defendants move to dismiss the claims against Defendant City of Tallulah and against Vaughn and Guy in their **individual** capacities, the motion is **DENIED.**

IT IS FURTHER ORDERED that Defendants' implied Appeal of the Magistrate Judge's Order allowing Plaintiff to amend his complaint, contained in Defendants' objections [Doc. No. 63], is **DENIED.**

Monroe, Louisiana, this 15th day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE