UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHADRICK WRIGHT | CIVIL ACTION NO. 13-1631 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF TALLULAH, ET AL | MAGISTRATE JUDGE HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 87] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Defendants' Motion to Dismiss, [Doc. No. 80], is **GRANTED** and Plaintiff's Complaint, [Doc. No. 1], is **DISMISSED WITH PREJUDICE** in accordance with Federal Rules of Civil Procedure 16(f), 37(d), and 41(b).

MONROE, LOUISIANA, this 20th day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE